IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CARLOS RYERSON, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. G-05-092 |
| v. § | |
| § | |
| CARLOS ROMERO DESCHAMPS, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, all claims brought by Plaintiff against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**. All relief not herein provided is expressly **DENIED**. All Parties are **ORDERED** to bear their own costs and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT,** regarding the technical matters herein addressed <u>only</u>.

**IT IS SO ORDERED**.

**DONE** this 13th day of January, 2006, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge